*E-filed 8/21/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>LEVI STRAUSS & CO., et al.,<br><br>    Defendants._____/ | No. C04-00712 RMW HRL<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another Magistrate Judge for discovery purposes.

Dated: 8/21/06

                                          /s/  Howard R. Lloyd
                                        HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE

**Notice will be electronically mailed to:**

Robert Gans robert@blbglaw.com,

Alan Schulman alans@blbglaw.com, nancyw@blbglaw.com;merilyns@blbglaw.com

**A courtesy copy will be mailed to:**

Eitan Misulovin
1285 Avenue of the Americas
New York, NY 10019

Gerald H. Silk
1285 Avenue of the Americas
New York, NY 10019